IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KENDRA MORRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL NO. 3:16cv587 (MHL) |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on August 30, 2017 (ECF No. 18). The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation (ECF No. 18) is ADOPTED as the opinion of this Court.

(2) Plaintiff's Motion for Summary Judgment or in the Alternative, Motion for Remand (ECF Nos. 12 and 13) are GRANTED.

(3) Defendant's Motion for Summary Judgment (ECF No. 15) is GRANTED.

(4) The final decision of the Commissioner is AFFIRMED.

(5) This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to Plaintiff and all counsel of record.

It is so ORDERED.

Richmond, Virginia
Date: 9-15-17

/s/
M. Hannah Lauck
United States District Judge